NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAJD KAM-ALMAZ,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5059

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-007, Judge Lawrence M. Baskir.

---

## ON MOTION

---

## ORDER

Bruce W. McLaughlin moves to withdraw as principal counsel for Majd Kam-Almaz but to remain as counsel of record and to substitute Matthew J. Dowd as principal counsel for Majd Kam-Almaz. Majd Kam-Almaz moves for a 60-day extension of time, until July 8, 2011, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Matthew J. Dowd should promptly file an entry of appearance as principal counsel and Bruce W. McLaughlin should promptly file an entry of appearance as of counsel.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Bruce W. McLaughlin, Esq.
     Matthew James Dowd, Esq.
     Sarah A. Murray, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK